| | | |
|---|---|---|
| **NEW BRUNSWICK BOARD OF EDUCATION** | : : : | UNITED STATES DISTRICT COURT |
| | : | DISTRICT OF NEW JERSEY |
| **Plaintiff(s)** | : : | |
| | : | Hon. Stanley R. Chesler |
| -vs- | : : | Civil Action No. 07-0071   (SRC) |
| **CIGNA HEALTHCARE et al** | : : | **ORDER ON ORAL MOTION** |
| | : | **SCHEDULING CONFERENCE** |
| **Defendant(s)** | : : : | |

The above entitled case has been assigned to me for case management.

**IT IS on this 8th day of June, 2007**

**ORDERED THAT** defendant shall respond to plaintiff's settlement demand on or before **June 8, 2007**; and it is further

**ORDERED THAT** on or before **June 22, 2007** the defendant shall advise plaintiff and the Court by letter whether this case has settled.

                                                 *s/ Claire C. Cecchi*
                                                 **HON. CLAIRE C. CECCHI**
                                                 **United States Magistrate Judge**

Clerk of the Court
File